UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ALLEN SIMMONS**  **CIVIL ACTION**

**VERSUS**  **NO. 11-2406**

**BURL CAIN, WARDEN**  **SECTION "I" (6)**

**ORDER**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Allen Simmons, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Allen Simmons for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___19th___ day of March, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE